■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN JOHNSON, Appellant. [707 NYS2d 914] —Motion for writ of error coram nobis denied and motion to dismiss appeal granted. Memorandum: The motion for a writ of error coram nobis is denied. A writ of error coram nobis is the appropriate remedy for ineffective assistance of appellate counsel claims (*see, People v Bachert,* 69 NY2d 593). Defendant is proceeding *pro se.* Further, the motion to dismiss the appeal is granted. Defendant was granted poor person relief and permission to proceed *pro se* in 1985 but has not since that time taken any steps toward perfecting the appeal. Present—Pigott, Jr., P. J., Green, Hayes, Hurlbutt and Lawton, JJ.

■ In the Matter of KIM ANN GIOMBETTI, an Attorney, Resignor. [707 NYS2d 372] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown,* 240 AD2d 83). Present—Green, J. P., Pine, Hayes, Hurlbutt and Scudder, JJ. (Filed Apr. 13, 2000.)

■ In the Matter of DONALD F. LAMUTIS, a Suspended Attorney, Respondent. [707 NYS2d 914] —Resignation accepted, name stricken from roll of attorneys and order of restitution entered. Present—Pigott, Jr., P. J., Green, Hayes, Scudder and Lawton, JJ.

■ In the Matter of KAREN M. MADSEN, for Reinstatement. [707 NYS2d 914] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Pigott, Jr., P. J., Green, Hayes, Hurlbutt and Lawton, JJ. (Filed Apr. 19, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT D. BROOKS, Appellant. [708 NYS2d 650] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.—Sodomy, 3rd Degree.) Present—Green, J. P., Pine, Wisner, Scudder and Kehoe, JJ. (Filed Apr. 24, 2000.)